<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-7405**

ARTHUR L. GIVENS,

                              Petitioner - Appellant,

        versus

ABDUR RAHMAN Y. SYKES; JEAN JOYNER; EDWARD A.
JACKSON; RANDALL E. LEE; JOHNNY W. TAYLOR,
III; ROBERT R. NOWELL,

                              Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior Dis-
trict Judge.  (CA-98-463-5-CT-BR)

Submitted:  January 7, 1999        Decided:  January 20, 1999

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Arthur L. Givens, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur Givens appeals the district court's order dismissing his claims filed under 42 U.S.C.A. § 1983 (West Supp. 1998), and dismissing without prejudice his complaints regarding his disciplinary conviction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss his civil rights claims as frivolous and deny a certificate of appealability and dismiss his appeal of the dismissal of the habeas claims on the reasoning of the district court. See Givens v. Sykes, No. CA-98-463-5-CT-BR (E.D.N.C. Sept. 3, 1998). We also find frivolous Givens's appeal of all claims dismissed as by the district court as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2